UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONSTANCE G. CALLIO** | **CIVIL ACTION** |
| **VERSUS** | **NO:    14-2532** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "R" (4)** |

**REPORT AND RECOMMENDATION**

### I.     Introduction

This is an action for judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 United States Code § 405(g). The Commissioner denied Constance Callio's eligibility for benefits under the Social Security Act.

The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 United States Code § 636(b), for the submission of Proposed Findings and Recommendations.

### II.    Procedural Background

On November 3, 2014, Constance Callio filed an exparte / consent motion to proceed in forma pauperis, which was granted by this Court on December 22, 2014.[1] On December 19, 2014, this Court issued a Scheduling Order which required the Plaintiff to file a brief in support of her claims within forty (40) days of the Defendant filing an answer.[2] The record indicates that a summon was issued on December 22, 2014, to the Social Security Administration.[3] There has been no proof of service filed in the record.

---

[1] R. Docs. 2 & 5.

[2] R. Doc. 6.

[3] R. Doc. 7.

Thereafter, on March 31, 2015, the undersigned issued a Show Cause Order requiring the Plaintiff to show cause on or before April 15, 2015, by written memorandum or motion, as to why service of process has not been effected upon the Defendant.[4] The Order also notified the Plaintiff that a failure to comply may result in the dismissal of her claims. Nevertheless, the Plaintiff failed to comply as no response to the Show Cause Order was filed.

### III.   Analysis

Rule 4(m) of the Federal Rules of Civil Procedure requires that the Plaintiff serve the Defendant with the complaint within 120 days of its filing. *See* Fed. R. Civ. P 4(m). The Plaintiff filed suit against the Social Security Administration on November 3, 2014, and allegedly issued summons on December 22, 2014. The Plaintiff never filed proof of service into the record.

Thus, on March 31, 2015, the undersigned issued a Show Cause Order, requiring the Plaintiff to show cause on or before April 15, 2015, by written memorandum or motion, as to why service of process has not been effected upon the Defendant. The undersigned also unambiguously advised that failure to comply with the Show Cause Order could result in dismissal without further notice. The Plaintiff, however, failed to respond as directed.

### IV.   Recommendation

**IT IS RECOMMENDED** that Constance Callio's claims against the Social Security Administration be **DISMISSED WITHOUT PREJUDICE** for failing to comply with the Show Cause Order issued by the United States Magistrate Judge on March 31, 2015.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days**

---

[4] R. Doc. 8.

after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[7]

New Orleans, Louisiana, this 6th day of May 2015.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[7] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.