UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONSTANCE G. CALLIO | CIVIL ACTION |
| VERSUS | NO: 14-2532 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: R(4) |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, the Court hereby DISMISSES plaintiff's complaint WITHOUT PREJUDICE for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this __7th__ day of July, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 9.